**UNITED STATES of America, Plaintiff—Appellee,**

v.

**George CRAMER, Defendant— Appellant.**

**No. 10–10452.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 6, 2011.

Filed Dec. 13, 2011.

Michele Myers Beckwith, USSAC–Office of the U.S. Attorney Sacramento, CA, for Plaintiff–Appellee.

---

John Paul Balazs, Law Offices of John P. Balazs, Sacramento, CA, for Defendant–Appellant.

Before: O'SCANNLAIN and BERZON, Circuit Judges, and LASNIK, District Judge.*

MEMORANDUM **

George Cramer contends that the evidence presented at his trial was insufficient to convict him of three counts of willfully allowing his livestock to graze, without a permit, on lands administered by the Bureau of Land Management. *See* 43 C.F.R. §§ 4140.1(b)(1)(i), 4170.2–1. We disagree. Considered in the light most favorable to the United States, the evidence presented at trial was adequate to allow a rational trier of fact to find the essential elements of each count of unlawful grazing beyond a reasonable doubt. *See United States v. Nevils*, 598 F.3d 1158, 1164 (9th Cir.2010) (en banc).

Cramer also contends that the magistrate judge erred by admitting evidence of prior instances of uncharged grazing. Again, we disagree. That evidence was admissible under Federal Rule of Evidence 404(b), and the magistrate judge did not err in concluding that the United States gave Cramer adequate pretrial no-

tice of the evidence. *See United States v. Beckman*, 298 F.3d 788, 794 (9th Cir.2002).

AFFIRMED.

---

* The Honorable Robert S. Lasnik, District Judge of the U.S. District Court for the Western District of Washington, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.